## CRIMINAL DOCKET

Southern District of Texas
Houston Division
                                CRIMINAL No.   4:19-CR-0146

Transfer of Jurisdiction of Supervised Release or Probation.
Transferring Court  District of Montana - Billings Division

Date Filed  Feb 28, 2019                              Judge Keith P. Ellison

UNITED STATES OF AMERICA

v.

THADDEUS CLINTON JONES

Charge: Ct      1:  21 U.S.C. § 846 - Conspiracy to Distribute Methamphetamine
        Cts 2 & 3: 21 U.S.C. § 841(a)(1) - Distribution of Methamphetamine
        Ct      4 : 21 U.S.C. § 846 - Conspiracy to Distribute Cocaine
        Cts 5 & 6: 21 U.S.C. § 846 - Distribution of Cocaine/Attempted Distrib. of Cocaine
        C       7: 18 U.S.C. § 922g)(1)- Felon in Possession of a Firearm
        Cts 8 - 16: 21 U.S.C. § 841(a)(1) - Distribution of Cocaine/Attempted Distrib Cocaine

Penalty:    134 months BOP. This is 134 months on each of Counts 1 through 6, and 8
            through 16, and 120 months on Count 7, all concurrent, for a total of 134 months.

            5 years SRT. This is 5 years on Count 1,4 years on each of Counts 2 and 3, and 3
            years on each of Counts 4 through 16, all concurrent, for a total of 5 years.